OPINION — AG — ** COUNTY FREE FAIR BOARD — LIABILITY — TORT ** QUESTION: " IS THERE ANY PERSONAL LIABILITY ON THE MEMBERS OF THE COUNTY FREE FAIR BOARD IN CONNECTION WITH THE CONTRACTUAL OBLIGATIONS OR IN CONNECTION WITH ANY LIABILITY ARISING OUT OF TORT ? " — NEGATIVE (SOVEREIGN IMMUNITY, CONTRACTS, SUED, COUNTY, PUBLIC OFFICER) CITE: 2 O.S. 104 [2-104](D) (GEORGE T. MONTGOMERY)